```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/24/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTINE FERREIRA and NICHOLAS ROJAS, SR., as Parents and Natural Guardians of N.R., and JUSTINE FERREIRA and NICHOLAS ROJAS, SR., Individually,

                      Plaintiffs,

-against-

MEISHA PORTER, in her Official Capacity as the Chancellor of the New York City Department of Education, and the NEW YORK CITY DEPARTMENT OF EDUCATION,

                      Defendants.

21 Civ. 11087 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the parties' pre-motion letters, dated May 9 and 17, 2022. ECF Nos. 17, 19. The parties' request to file cross-motions for summary judgment is GRANTED. Accordingly,

1. By **June 28, 2022**, Plaintiffs shall file their motion for summary judgment;
2. By **July 19, 2022**, Defendants shall file a consolidated opposition to Plaintiffs' motion and their cross-motion for summary judgment;
3. By **August 9, 2022**, Plaintiffs shall file a consolidated reply and opposition to Defendants' motion;
4. By **August 23, 2022**, Defendants shall file their reply, if any.

      SO ORDERED.

Dated: May 24, 2022
       New York, New York

                                                      ANALISA TORRES
                                               United States District Judge