

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/15/2022_

**T**HE **C**ITY OF **N**EW **Y**ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel

AARON WIENER
Assistant Corporation Counsel
phone: (212) 356-4362
email: awiener@law.nyc.gov

November 14, 2022

**By ECF and Email**
Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
Torres_NYSDChambers@nysd.uscourts.gov

    Re: <u>Ferreira et al. v. Porter et al.</u>
     21 CV 11087 (AT)

Dear Judge Torres:

   I am an Assistant Corporation Counsel in the Office of the Corporation Counsel, recently assigned to represent Defendants New York City Department of Education and Chancellor Meisha Porter in the above-referenced matter. I write to respectfully request an extension of 3 weeks from November 16, 2022 to December 7, 2022 to serve and file Defendants' reply in further support of their cross-motion for summary judgment.

   On October 20, 2022, Defendants filed their cross-motion for summary judgment. ECF Nos. 32-33. On November 2, 2022, Plaintiffs filed their opposition to Defendants' cross-motion, and reply in further support of their motion for summary judgment. ECF No. 34. Due to my commitments on other matters, including preparing for and attending depositions and drafting motion briefing, I require more time to prepare, serve, and file Defendants' reply in this matter, and respectfully request an additional three weeks to do so.

   This is the Defendants' first request for an extension of time to serve and file their reply in further support of their cross-motion for summary judgment. I have communicated with Rory Bellantoni, counsel for Plaintiffs, who consents to this request.

GRANTED.

SO ORDERED.

Dated: November 15, 2022
   New York, New York

_____
ANALISA TORRES
United States District Judge